# Exhibit A

| Case Name | Case No. |
|---|---|
| Yudy Reynaldo Alvarez v. Maxim Healthcare Services, Inc. | 1:15-cv-2922 |
| Cassandra N. Andrews v. Maxim Healthcare Services, Inc. | 1:15-cv-2700 |
| Tanya Bailey v. Maxim Healthcare Services, Inc. | 1:15-cv-3899 |
| Lucille Banks v. Maxim Healthcare Services, Inc. | 1:15-cv-1508 |
| Cara M. Baxter v. Maxim Healthcare Services, Inc. | 1:15-cv-2863 |
| Marie Beard v. Maxim Healthcare Services, Inc. | 1:15-cv-3598 |
| Jocelyne Bertrand v. Maxim Healthcare Services, Inc. | 1:15-cv-2696 |
| Geraldine Blue v. Maxim Healthcare Services, Inc. | 1:15-cv-3565 |
| Dian N. Boyd v. Maxim Healthcare Services, Inc. | 1:15-cv-2844 |
| Angela Brown v. Maxim Healthcare Services, Inc. | 1:15-cv-2705 |
| Stacie Brown v. Maxim Healthcare Services, Inc. | 1:15-cv-3599 |
| Sharon Bunch v. Maxim Healthcare Services, Inc. | 1:15-cv-2704 |
| Diane Byrd v. Maxim Healthcare Services, Inc. | 1:15-cv-2788 |
| Sofia E. Cabrera v. Maxim Healthcare Services, Inc. | 1:15-cv-2780 |
| Denise Cadet v. Maxim Healthcare Services, Inc. | 1:15-cv-2707 |
| Tiffany Calhoun v. Maxim Healthcare Services, Inc. | 1:15-cv-2765 |
| Cecilia Campbell v. Maxim Healthcare Services, Inc. | 1:15-cv-2867 |
| Christy G. Carter v. Maxim Healthcare Services, Inc. | 1:15-cv-2868 |
| Nijhia Carter v. Maxim Healthcare Services, Inc. | 1:15-cv-2869 |
| Sherrelle Carter v. Maxim Healthcare Services, Inc. | 1:15-cv-2923 |
| Kenneth Cates v. Maxim Healthcare Services, Inc. | 1:15-cv-2889 |
| Indoor Causey v. Maxim Healthcare Services, Inc. | 1:15-cv-3906 |
| Melinda K. Chrismon v. Maxim Healthcare Services, Inc. | 1:15-cv-2870 |
| Magdalene A. Cobblah v. Maxim Healthcare Services, Inc. | 1:15-cv-2860 |
| Cheryl Cockrell v. Maxim Healthcare Services, Inc. | 1:15-cv-2708 |
| Charleen Cooper v. Maxim Healthcare Services, Inc. | 1:15-cv-3600 |
| Dejuana Covington v. Maxim Healthcare Services, Inc. | 1:15-cv-2709 |
| Linda Crawford v. Maxim Healthcare Services, Inc. | 1:15-cv-3844 |
| Bridgette Davis v. Maxim Healthcare Services, Inc. | 1:15-cv-3595 |
| Jeffrey L. Davis v. Maxim Healthcare Services, Inc. | 1:15-cv-2710 |
| Katrina D.  Davis v. Maxim Healthcare Services, Inc. | 1:15-cv-2790 |
| Monique Davis v. Maxim Healthcare Services, Inc. | 1:15-cv-3596 |
| Timothy Dawson v. Maxim Healthcare Services, Inc. | 1:15-cv-2702 |
| LaTasha M. Dotson v. Maxim Healthcare Services, Inc. | 1:15-cv-2711 |
| Nina Eley v. Maxim Healthcare Services, Inc. | 1:15-cv-3917 |
| Beatrice Bezer v. Maxim Healthcare Services, Inc. | 1:15-cv-2890 |
| Aroune Etienne v. Maxim Healthcare Services, Inc. | 1:15-cv-1523 |
| Ronda L. Fields v. Maxim Healthcare Services, Inc. | 1:15-cv-3634 |
| Sherial Flamer v. Maxim Healthcare Services, Inc. | 1:15-cv-2070 |
| Michelle Ford v. Maxim Healthcare Services, Inc. | 1:15-cv-3895 |
| Linda D. Galloway v. Maxim Healthcare Services, Inc. | 1:15-cv-2871 |
| Quantia Y. Griswold v. Maxim Healthcare Services, Inc. | 1:15-cv-2774 |
| Alphadeesha Hamilton v. Maxim Healthcare Services, Inc. | 1:15-cv-3635 |
| Viodelda Harris v. Maxim Healthcare Services, Inc. | 1:15-cv-3043 |
| Quinsetta Harvey v. Maxim Healthcare Services, Inc. | 1:15-cv-3045 |
| Lucia D. Hernandez v. Maxim Healthcare Services, Inc. | 1:15-cv-2798 |

| Case Name | Case No. |
|---|---|
| Maritza Hernandez Rivas v. Maxim Healthcare Services, Inc. | 1:15-cv-3050 |
| Angela D. Hinkins-Heggs v. Maxim Healthcare Services, Inc. | 1:15-cv-2756 |
| Erica Holloman v. Maxim Healthcare Services, Inc. | 1:15-cv-3047 |
| Loretta Holloman v. Maxim Healthcare Services, Inc. | 1:15-cv-2717 |
| Dana Lynn Hurlburt v. Maxim Healthcare Services, Inc. | 1:15-cv-2715 |
| Jacob Huttsell v. Maxim Healthcare Services, Inc. | 1:15-cv-3553 |
| Yuleikys Ibarra Gonzalez v. Maxim Healthcare Services, Inc. | 1:15-cv-2891 |
| Carmen Aguilar Iglesias v. Maxim Healthcare Services, Inc. | 1:15-cv-3048 |
| Christina Jackson v. Maxim Healthcare Services, Inc. | 1:15-cv-2764 |
| Elizabeth A. Jackson v. Maxim Healthcare Services, Inc. | 1:15-cv-2718 |
| Pamela Jackson v. Maxim Healthcare Services, Inc. | 1:15-cv-3569 |
| Takiyah Y. Jakes v. Maxim Healthcare Services, Inc. | 1:15-cv-2843 |
| Renee M. James v. Maxim Healthcare Services, Inc. | 1:15-cv-3636 |
| Pernel Jamison v. Maxim Healthcare Services, Inc. | 1:15-cv-2845 |
| Sharice Javies v. Maxim Healthcare Services, Inc. | 1:15-cv-2767 |
| Denise Jean Louis v. Maxim Healthcare Services, Inc. | 1:15-cv-2750 |
| Yadira Jimenez v. Maxim Healthcare Services, Inc. | 1:15-cv-2778 |
| Jacqueline Johnson v. Maxim Healthcare Services, Inc. | 1:15-cv-2811 |
| Arlene Jones v. Maxim Healthcare Services, Inc. | 1:15-cv-1524 |
| Candice Jones v. Maxim Healthcare Services, Inc. | 1:15-cv-3601 |
| Maxine Kelly v. Maxim Healthcare Services, Inc. | 1:15-cv-2846 |
| BiBi Khan v. Maxim Healthcare Services, Inc. | 1:15-cv-2745 |
| Annette Kimball v. Maxim Healthcare Services, Inc. | 1:15-cv-3776 |
| Dawn King v. Maxim Healthcare Services, Inc. | 1:15-cv-3561 |
| Thomas Kneeland v. Maxim Healthcare Services, Inc. | 1:15-cv-2777 |
| David Kurucz v. Maxim Healthcare Services, Inc. | 1:15-cv-3847 |
| Chandra D. Kyles v. Maxim Healthcare Services, Inc. | 1:15-cv-3597 |
| Dolores S. Lee v. Maxim Healthcare Services, Inc. | 1:15-cv-2782 |
| Jacqueline Leggs v. Maxim Healthcare Services, Inc. | 1:15-cv-3049 |
| LaVonda Lewis v. Maxim Healthcare Services, Inc. | 1:15-cv-2872 |
| Jennifer Lipford v. Maxim Healthcare Services, Inc. | 1:15-cv-2719 |
| Ruth C. Markey v. Maxim Healthcare Services, Inc. | 1:15-cv-3570 |
| Shirley M. Marshall v. Maxim Healthcare Services, Inc. | 1:15-cv-2772 |
| Rachel E. Martin v. Maxim Healthcare Services, Inc. | 1:15-cv-2720 |
| Chris Martino v. Maxim Healthcare Services, Inc. | 1:15-cv-2754 |
| Margaret Massey v. Maxim Healthcare Services, Inc. | 1:15-cv-2721 |
| Earnestina McNeal v. Maxim Healthcare Services, Inc. | 1:15-cv-2722 |
| Ida E. Miller v. Maxim Healthcare Services, Inc. | 1:15-cv-2723 |
| Tasha Mitchell v. Maxim Healthcare Services, Inc. | 1:15-cv-3928 |
| Brittany Moran v. Maxim Healthcare Services, Inc. | 1:15-cv-2724 |
| Juana Moreno v. Maxim Healthcare Services, Inc. | 1:15-cv-2878 |
| Maritza Munoz v. Maxim Healthcare Services, Inc. | 1:15-cv-2892 |
| Brenda J. Murphy v. Maxim Healthcare Services, Inc. | 1:15-cv-2728 |
| Heidi Neifert v. Maxim Healthcare Services, Inc. | 1:15-cv-3577 |
| April Odom v. Maxim Healthcare Services, Inc. | 1:15-cv-2881 |
| Jen L. Olshawsky v. Maxim Healthcare Services, Inc. | 1:15-cv-3851 |

| Case Name | Case No. |
|---|---|
| Michele Pacelli v. Maxim Healthcare Services, Inc. | 1:15-cv-2786 |
| Vicky Palmer v. Maxim Healthcare Services, Inc. | 1:15-cv-3852 |
| Remicile Paul v. Maxim Healthcare Services, Inc. | 1:15-cv-2766 |
| Priscilla Payton v. Maxim Healthcare Services, Inc. | 1:15-cv-3245 |
| Mary Peddycord v. Maxim Healthcare Services, Inc. | 1:15-cv-3933 |
| Leydy Perez Diaz v. Maxim Healthcare Services, Inc. | 1:15-cv-2893 |
| Catherine L. Perrini v. Maxim Healthcare Services, Inc. | 1:15-cv-2768 |
| Geraldine Pettigrew v. Maxim Healthcare Services, Inc. | 1:15-cv-2904 |
| Gladys Pierre v. Maxim Healthcare Services, Inc. | 1:15-cv-3574 |
| Catherine Poindexter-Peairs v. Maxim Healthcare Services, Inc. | 1:15-cv-3567 |
| Elizabeth Polk v. Maxim Healthcare Services, Inc. | 1:15-cv-2735 |
| Elisha Rainbolt v. Maxim Healthcare Services, Inc. | 1:15-cv-3575 |
| Bonnie K. Raines v. Maxim Healthcare Services, Inc. | 1:15-cv-2737 |
| Angela R. Ramirez v. Maxim Healthcare Services, Inc. | 1:15-cv-2776 |
| Pamela N. Reed v. Maxim Healthcare Services, Inc. | 1:15-cv-3608 |
| Rose Reed v. Maxim Healthcare Services, Inc. | 1:15-cv-3902 |
| Sally Reeves v. Maxim Healthcare Services, Inc. | 1:15-cv-2739 |
| Elizabeth Ribeiro v. Maxim Healthcare Services, Inc. | 1:15-cv-3908 |
| Nelene Rich v. Maxim Healthcare Services, Inc. | 1:15-cv-2847 |
| Robert Rodriguez v. Maxim Healthcare Services, Inc. | 1:15-cv-3926 |
| Angela A. Sandlin v. Maxim Healthcare Services, Inc. | 1:15-cv-2924 |
| Miyishah Sapp v. Maxim Healthcare Services, Inc. | 1:15-cv-3631 |
| Donna Schwartz v. Maxim Healthcare Services, Inc. | 1:15-cv-1514 |
| Nacarla Scott v. Maxim Healthcare Services, Inc. | 1:15-cv-2813 |
| Christine Shenefield v. Maxim Healthcare Services, Inc. | 1:15-cv-3632 |
| Ursula Short v. Maxim Healthcare Services, Inc. | 1:15-cv-1511 |
| Timothy Showell v. Maxim Healthcare Services, Inc. | 1:15-cv-2771 |
| Tasha Shupe v. Maxim Healthcare Services, Inc. | 1:15-cv-2741 |
| Mayme Signorino v. Maxim Healthcare Services, Inc. | 1:15-cv-2809 |
| Delores Smith v. Maxim Healthcare Services, Inc. | 1:15-cv-3929 |
| Theresa Soukoury v. Maxim Healthcare Services, Inc. | 1:15-cv-2859 |
| Margaret A. Sponhaltz v. Maxim Healthcare Services, Inc. | 1:15-cv-3856 |
| Maureen S. Stickney v. Maxim Healthcare Services, Inc. | 1:15-cv-2927 |
| Robin Stump v. Maxim Healthcare Services, Inc. | 1:15-cv-3846 |
| Michelle Terrell v. Maxim Healthcare Services, Inc. | 1:15-cv-3633 |
| Fran R. Thames v. Maxim Healthcare Services, Inc. | 1:15-cv-2742 |
| Crystle Thomas v. Maxim Healthcare Services, Inc. | 1:15-cv-2744 |
| Stephanie Thomas v. Maxim Healthcare Services, Inc. | 1:15-cv-2743 |
| Wond Carter v. Maxim Healthcare Services, Inc. | 1:15-cv-2781 |
| Danielle Toole v. Maxim Healthcare Services, Inc. | 1:15-cv-2930 |
| Sugeilis Vallee v. Maxim Healthcare Services, Inc. | 1:15-cv-2746 |
| Cassie Vilfer v. Maxim Healthcare Services, Inc. | 1:15-cv-3782 |
| Marie Volmidor Louis-Jacques v. Maxim Healthcare Services, Inc. | 1:15-cv-2770 |
| Janie Walker v. Maxim Healthcare Services, Inc. | 1:15-cv-3937 |
| Ruby Walker v. Maxim Healthcare Services, Inc. | 1:15-cv-2749 |
| Stephanie Walker v. Maxim Healthcare Services, Inc. | 1:15-cv-3857 |

| Case Name | Case No. |
|---|---|
| Kirah Watson v. Maxim Healthcare Services, Inc. | 1:15-cv-3904 |
| Ellen Weddle v. Maxim Healthcare Services, Inc. | 1:15-cv-2751 |
| Tamika Wheeler v. Maxim Healthcare Services, Inc. | 1:15-cv-3793 |
| Alma M. White v. Maxim Healthcare Services, Inc. | 1:15-cv-2748 |
| Barbara B. White v. Maxim Healthcare Services, Inc. | 1:15-cv-2753 |
| Desiree White v. Maxim Healthcare Services, Inc. | 1:15-cv-3607 |
| Melissa G. Williams v. Maxim Healthcare Services, Inc. | 1:15-cv-2740 |
| Willette Williams v. Maxim Healthcare Services, Inc. | 1:15-cv-2755 |
| Stella Wilson v. Maxim Healthcare Services, Inc. | 1:15-cv-2757 |
| Deborah A. L. Worsley v. Maxim Healthcare Services, Inc. | 1:15-cv-2758 |
| Robin Y. Yancey v. Maxim Healthcare Services, Inc. | 1:15-cv-2759 |
| Tunya Yarborough v. Maxim Healthcare Services, Inc. | 1:15-cv-2761 |
| Melissa Young v. Maxim Healthcare Services, Inc. | 1:15-cv-3783 |
| Xiomara Zaldivar v. Maxim Healthcare Services, Inc. | 1:15-cv-2763 |